UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-24444-CIV-WILLIAMS

DOROTHY BATTIE,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on U.S. Magistrate Judge Chris M. McAliley's Report and Recommendation ("***the Report***") (DE 32) that the Court deny Plaintiff Dorothy Battie's ("***Plaintiff***") Motion for Summary Judgment (DE 22) and grant the Commissioner of Social Security's ("***Defendant***") Motion for Summary Judgment. (DE 23.) On October 28, 2020, Plaintiff initiated the above-captioned case, seeking judicial review of Defendant's decision denying her Social Security disability benefits and supplemental security income payments. (DE 1.) In the Report, Judge McAliley found that "substantial evidence supports the [Administrative Law Judge's] assessment of Plaintiff's testimony regarding her symptoms." (DE 32 at 18.) Plaintiff has objected to the Report. (DE 33.) Upon an independent review of the Report, Plaintiff's objections, the record, and applicable case law, the Court agrees with Judge McAliley's findings.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the Report (DE 32) are **AFFIRMED AND ADOPTED**.
2. Plaintiff's Motion for Summary Judgment (DE 22) is **DENIED**.
3. Defendant's Motion for Summary Judgment (DE 23) is **GRANTED**.
4. The decision of the Administrative Law Judge is **AFFIRMED**.
5. This action is **DISMISSED**.

6. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida on this <u>1st</u> day of September, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE